1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Cliff D. Durkee

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | CLIFF D. DURKEE,                    ) Case No.:  CV 11-6564 PLA
                                         )
12 |        Plaintiff,                   ) ORDER AWARDING EQUAL
                                         ) ACCESS TO JUSTICE ACT
13 |    vs.                              ) ATTORNEY FEES AND EXPENSES
                                         ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | MICHAEL J. ASTRUE,                  ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,    ) U.S.C. § 1920
15                                       )
              Defendant                  )
16                                       )
                                         )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23
                                          /s/ Paul L. Abrams
24 DATE:   10/5/12                        _____
                                          THE HONORABLE PAUL L. ABRAMS
25                                        UNITED STATES MAGISTRATE JUDGE

26

-1-