1 Young Cho
Attorney at Law: 189870
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com
5
Attorneys for Plaintiff
6 Cliff D. Durkee

7

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | CLIFF D. DURKEE, | ) Case No.: CV 11-6564 PLA |
|---|---|---|
| 12 | Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 13 | vs. | ) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| 14 | MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| 15 | Defendant | ) |
| 16 | | ) |

17

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20    IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

21 authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized

22 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23

24 DATE:   10/5/12           *Paul L. Abrams*
                              THE HONORABLE PAUL L. ABRAMS
25                            UNITED STATES MAGISTRATE JUDGE

26

-1-